**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION**

| | | |
|---|---|---|
| FREDY ELEAZAR SALES GOMEZ, | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | No. 2:26-cv-02449-TLP-atc |
| v. | ) | |
| | ) | |
| CHRISTOPHER BULLOCK, | ) | |
| | ) | |
| Respondent. | ) | |

**ORDER DIRECTING PETITIONER TO SERVE RESPONDENT
AND DIRECTING RESPONDENT TO SHOW CAUSE**

Petitioner Fredy Eleazar Sales Gomez, a noncitizen detained in the West Tennessee Detention Facility in Mason, Tennessee, since March 10, 2026, petitions for a Writ of Habeas Corpus under 28 U.S.C. § 2241.  (ECF No. 1-3 PageID 12.)

Given the grounds raised in the Petition, the Court **ORDERS** Petitioner to deliver a copy of the Petition and all attachments and this Order to the United States Attorney for the Western District of Tennessee electronically at the following email address: **stuart.canale@usdoj.gov**. Petitioner shall do so within **five (5)** days of this Order.

And within **five (5) days** of receiving the Petition and this Order, Respondent shall show cause in writing why the § 2241 Petition should not be granted.  *See* 28 U.S.C. § 2243.

Under the Court's authority under the All Writs Act, 28 U.S.C. § 1651, the Court **ORDERS** Respondent not to remove Petitioner from the Western District of Tennessee while the § 2241 Petition is pending.  *See A.A.R.P. v. Trump*, 145 S. Ct. 1364, 1369 (2025).

1

The Court further **ORDERS** Petitioner to file a reply to Respondent's return within **five (5) days** after Respondent's responsive filing.  Failure to comply with this requirement may justify dismissal of the Petition without further notice.  *See* Fed. R. Civ. P. 41(b).

The Court will set a hearing by separate order if necessary.  *See* 28 U.S.C. § 2243.

**SO ORDERED**, this 24th day of April, 2026.

s/Thomas L. Parker
THOMAS L. PARKER
UNITED STATES DISTRICT JUDGE